**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

RUSSELL P. BARTLETT,
*Plaintiff-Appellant*,

v.

LUIS A. NIEVES, in his personal capacity; BRYCE L. WEIGHT, in his personal capacity,
*Defendants-Appellees.*

No. 16-35631

D.C. No.
4:15-cv-00004-SLG

ORDER

Filed June 13, 2019

On Remand from the United States Supreme Court

Before: Kim McLane Wardlaw, Richard R. Clifton, and John B. Owens, Circuit Judges.

## ORDER

Pursuant to the opinion of the United States Supreme Court dated May 28, 2019, the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

**IT IS SO ORDERED.**